UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:

**Daniel Walter Hughes**
SS# XXX-XX-5725
 Mailing Address:
   511 South Coalport Drive
   Apex, NC 27502

Case Number: 06-00922-5-ATS

**Debtor**                                                  **Chapter 7**

CERTIFICATE OF SERVICE
OF
STATEMENT OF INTENTION

I, Angie Rhodes, of the Law Offices of John T. Orcutt, P.C., Attorney for Debtor, do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on the date of this document, I served a copy of the Statement of Intention in this case upon each secured creditor named in the Statement of Intention be depositing a copy thereof in a postpaid wrapper in the post office or official depository under the exclusive care and custody of the Unites States Post Office, properly addressed to each said creditor at the address for each said creditor as set forth on Schedule D filed with the Court in this case.

Dated: July 7, 2006

                                          /s Angie Rhodes
                                          _____
                                          Angie Rhodes